Douglas C. Smith, #10805
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6550 South Millrock Drive, Suite 200
Salt Lake City, Utah 84121
Telephone: 801.562.5555
Facsimile: 801.562.5510
Douglas.Smith@lewisbrisbois.com

*Attorneys for Plaintiff*
*Cure Medical LLC*

# IN THE UNITED STATES DISTRICT COURT IN AND FOR

# THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CURE MEDICAL LLC, a California limited liability company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LIGER MEDICAL LLC, a Utah limited liability company,<br>　　　　Defendants. | **MOTION FOR PRO HAC VICE ADMISSION**<br><br>Case No. 2:20-cv-00859-TS<br><br>Judge Ted Stewart |

　　　　I move for the pro hac vice admission of Steven C. Sereboff as counsel for Plaintiff Cure Medical LLC and I consent to serve as local counsel. The application and proposed order are attached as exhibits, and the admission fee will be paid to the Court at the time of filing.


///

2

DATED:  December 8, 2020        **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By:  */s/ Douglas C. Smith*
Douglas C. Smith
*Attorneys for Cure Medical LLC*