

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## APPLICATION FOR PRO HAC VICE ADMISSION

## CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Douglas C. Smith |
| Firm: | Lewis Brisbois Bisgaard & Smith, LLP |
| Address: | 6550 South Millrock Drive, Suite 200 |
| | Salt Lake City, UT 84121 |
| Telephone: | (801) 251-7341 |
| Email: | Douglas.Smith@lewisbrisbois.com |
| | |
| Pro Hac Vice Applicant: | Steven C. Sereboff |
| Firm: | SoCal IP Law Group LLP |
| Address: | 1332 Anacapa St., Suite 201, Santa Barbara, CA 93101 |
| | 310 N. Westlake Blvd., Suite 120, Westlake Village, CA 91362 |
| Telephone: | (805) 230-1356 |
| Email: | ssereboff@socalip.com |

Pro hac vice applicants who intend to become a member of the Utah State Bar, please identify the type of admission are you seeking?

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

## BAR MEMBERSHIP

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| California | 156731 | 1991 |
| | | |
| | | |
| | | |
| | | |

4813-6859-3875.1

1

| Have you ever been the subject of disciplinary action by any bar to which you have been admitted? | ☐ Yes | ☒ No |
|---|---|---|

If yes, please explain:

| |
|---|
| N/A |

**LIST ALL PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH**

| Case Name | Case Number | Date of Admission |
|---|---|---|
| N/A | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| I certify that I am a member in good standing of all bars to which I have been admitted. | ☒ Yes | ☐ No |
|---|---|---|
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

/s/ Steven C. Sereboff          12/3/2020
Signature                                    Date