Douglas C. Smith, #10805
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6550 South Millrock Drive, Suite 200
Salt Lake City, Utah 84121
Telephone: 801.562.5555
Facsimile: 801.562.5510
Douglas.Smith@lewisbrisbois.com

*Attorneys for Plaintiff*
*Cure Medical LLC*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CURE MEDICAL LLC, a California limited liability company,<br><br>         Plaintiff,<br><br>v.<br><br>LIGER MEDICAL LLC, a Utah limited liability company,<br>         Defendants. | **ORDER [GRANTING/DENYING] PRO HAC VICE ADMISSION**<br><br>Case No. 2:20-cv-00859-TS<br><br>Judge Ted Stewart |

Before the Court is local counsel's Motion for Pro Hac Vice Admission of Steven C. Sereboff. Based on the motion and for good cause appearing;

IT IS HEREBY ORDERED that the motion is GRANTED/DENIED.

DATED this ___day of December 2020   BY THE COURT

_____
Name
Title